IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODAY MOUNSAVENG,

    Plaintiff,                    No. CIV S-04-2357 GEB KJM P

    vs.

D.L. RUNNELS, et al.,

    Defendants.          ORDER

                           /

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  By order filed December 13, 2005, plaintiff's amended complaint was dismissed with leave to file a second amended complaint.  Plaintiff has now filed a second amended complaint.

          The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claims against defendants Donald, Sandham and Snyder.  With respect to the remainder of the claims and defendants identified in plaintiff's second amended complaint, the complaint fails to state a claim upon which relief can be granted.  Therefore, the court will order service of process only upon defendants Donald, Sandham and Snyder.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Donald, Sandham and Snyder.

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed January 13, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Four copies of the endorsed amended complaint filed January 13, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 20, 2006.

_____
U.S. MAGISTRATE JUDGE

1
moun2357.1(1.13.06)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODAY MOUNSAVENG,

    Plaintiff,                     No. CIV-S-04-2357 GEB KJM P

    vs.

D.L. RUNNELS, et al.,              NOTICE OF SUBMISSION

    Defendants.              OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __3__    completed USM-285 forms

    __4__    copies of the __1/13/06__
                                      Second Amended Complaint

DATED:

                                            Plaintiff