EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-6421
 Fax: (916) 324-5205
 Email: Jaime.Ganson@doj.ca.gov

Attorneys for Defendant McDonald and Snyder

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ODAY MOUNSAVENG,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**D.L. RUNNELS, et al.,**<br><br>                              Defendants. | 2:04-cv-2357 GEB KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

    Good cause appearing, Defendants McDonald and Snyder are granted an extension of time to respond to Plaintiff's complaint. Defendant's responses to Plaintiff's complaint shall be due on or before May 16, 2007.

DATED: April 24, 2007.

_____
U.S. MAGISTRATE JUDGE

04cv2357.o.0424.wpd
SA2007300802

*Order*

1