IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODAY MOUNSAVENG,

    Plaintiff,                       No. CIV S-04-2357 GEB KJM P

   vs.

D.L. RUNNELS, et al.,

    Defendants.          ORDER

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' May 15, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's June 4, 2007 request for an extension of time is granted; and

       2. Plaintiff shall file and serve an opposition to defendants' May 15, 2007 motion to dismiss within thirty days of this order. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: June 11, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
moun2357.36