IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODAY MOUNSAVENG,

      Plaintiff,                      No. CIV S-04-2357 GEB KJM P

  vs.

D.L. RUNNELS, et al.,

      Defendants.           <u>ORDER</u>

                              /

        Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' May 15, 2007 motion to dismiss pursuant to the court's order of June 12, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 20, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' May 15, 2007 motion to dismiss.

DATED: June 25, 2007.

                                                         U.S. MAGISTRATE JUDGE

1/mp
moun2357.36sec