IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODAY MOUNSAVENG,

    Plaintiff,                    2:04-cv-2357-GEB-KJM-P

    vs.

D.L. RUNNELS, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 28, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (docket no. 35), are adopted in full;

2. Defendants' May 15, 2007 motion to dismiss (docket no. 19) is granted;

3. Defendants Snyder and McDonald are dismissed from this action;

4. Defendants' July 18, 2007 motion to dismiss (docket no. 26) is granted;

5. Defendant Sandham is dismissed from this action; and

6. This case is closed.

Dated: March 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge